

# Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00432-CV

Alejandro **CEPEDA**,
Appellant

v.

**KOZA HOME SOLUTIONS, LLC**, Hector Santos, Legend Title and Abstract, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVF-000579-D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: October 19, 2022

DISMISSED

On August 17, 2022, we granted Appellee Hector Santos's unopposed motion for partial dismissal of this appeal, and dismissed Appellant Alejandro Cepeda's appeal with respect to any claims asserted against Santos. *See Cepeda v. Santos*, No. 04-21-00432-CV, 2022 WL 3371645, at *1 (Tex. App.—San Antonio Aug. 17, 2022, interlocutory op.). On October 6, 2022, Appellee Koza Home Solutions LLC and Appellant Cepeda filed a joint motion to dismiss this appeal, stating that they have entered into a settlement agreement disposing of all potential claims against

each other.[1] The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a); 43.2(f); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM

---

[1]Legend Title and Abstract LLC was named as an appellee in this appeal because although the clerk's record reflects Legend Title was nonsuited with prejudice by Cepeda, the clerk's record was unclear whether Legend Title's cross claims against Cepeda remained pending at the time the trial court signed the final judgment. Thus, Legend Title has received official notices of all events in this appeal. It has not objected to the joint motion to dismiss filed by Koza Homes and Cepeda.